Kevin R. McCarthy
VSB No. 14273
1751 Pinnacle Drive, Suite 1115
McLean, VA 22102
703-770-9261 (Phone)
703-770-0263 (fax)
krm@mccarthywhite.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

*******************************
In re:                          *
                                *
Aptara Litigation Technology    *    Case No: 09-10508-RGM
     Services, Inc.             *    (Chapter 7)
            Debtor(s).          *
*******************************

COMBINED SMALL CHECK REPORT

Pursuant to FRBP 3010, a check for $4.59 payable and mailed to the Clerk of the Bankruptcy Court, represents all dividends of less than $5.00 in the final distribution in this matter as follows:

| Claim No. | Creditor/ Creditor's Address | Amount of Dividend |
|---|---|---|
| 13 | County of Santa Clara Tax Collector<br>70 West Hedding Street<br>San Jose CA  95110 | 4.59 |

Dated this 15th day of July, 2010.

/s/ Kevin R. McCarthy
Kevin R. McCarthy, Trustee
1751 Pinnacle Drive
Suite 1115
McLean, VA 22102
703-770-9261  Telephone
703-770-9263  Facsimile